## COFFIELD VS. HARRIS.

Appeal from Milam county.

*Bailment.*—A bailee who takes animals to pasture, may by special contract, limit his liabilities, and any special contract limiting his liabilities, not contrary to public policy or statute, will be respected and enforced by the courts. If he makes a special contract his responsibility will be measured and determined by the terms of the contract.

Opinion by Hurt, J.

## I. & G. N. R. R. CO. & BOST.

Appeal from Hays county.

*Easement.*—The use of a farm road by the owner of the land over which it passes, does not create an easement appurtenant to the land ; and a grant by the owner to a railroad company of the right of way without reserving the right to use such road will bar the owner from recovering damages for its obstruction.

Opinion by White, P. J.